477 A.2d 862

**Lucille A. McDONALD, Appellee,**

**v.**

**Ellis M. DAYWALT, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 15, 1984.

Decided June 28, 1984.

Timothy W. Misner, Waynesboro, for appellant.

John R. Walker, Dist. Atty., LeRoy S. Zimmerman, Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the Court of Common Pleas of the 39th Judicial District, Franklin County Branch, is reversed. *Astemborski v. Susmarski,* 502 Pa. 409, 466 A.2d 1018 (1983). Our jurisdiction in this case is based on 42 Pa.C.S. § 722(7), providing for exclusive jurisdiction of direct appeals from courts of common pleas in "matters where the court of common pleas has held invalid as repugnant to the Constitution ... any statute of this Commonwealth."